# United States District Court

Southern District of New York

United States of America,

-v-

Aleksandar Alexiev

Defendant.

**APPEARANCE**
08 Mag. 1071

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: Aleksandar Alexiev

I certify that I am admitted to practice in this Court.

May 19, 2008

_____
Signature

Clayman & Rosenberg

Isabelle A. Kirshner (IAK-7133)

305 Madison Ave. , Ste 1301
New York, New York 10165

Phone: 212-922-1080/ Fax: 212 949 8255