AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

UNITED STATES OF AMERICA

-v-

ALEKSANDER ALEKSIEV

**APPEARANCE**

Case Number: 08 MAG 1071

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ALEKSANDER ALEKSIEV

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/19/2008 | *[signature]* |
| Date | Signature |
| | PAUL HUGEL — PH4749 |
| | Print Name — Bar Number |
| | CLAYMAN & ROSENBERG - 305 MADISON AVE #1301 |
| | Address |
| | NEW YORK — NY — 10165 |
| | City — State — Zip Code |
| | (212) 922-1080 — (212) 949-8255 |
| | Phone Number — Fax Number |